UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  )
        )
HOWARD, KIMBERLY ANN  )   Case #: 6:11-bk-13533-ABB
        )   Chapter 7
        )
    Debtor  )

TRUSTEE'S NOTICE OF INTENT TO SELL

TO: Creditors, Debtor and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363, reports that he intends to sell the following described property on or after the 21st day from the date of mailing this Report and Notice under the terms and conditions stated:

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper and docketing of same. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, Trustee, PO Box 3000, Orlando FL 32802-3000, and a copy to United States Trustee Office, 135 W. Central Blvd, Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1. Description of Property: Estate assets as shown below, hereinafter referred to as the "Property"

| Description of Property | Fair Market Value | Value after liens, discounts and exemptions |
|---|---|---|
| 2006 Toyota Highlander | $10,850.00 | $4,000.00 |

2. Method of Sale: The Property will be sold to a private party on or after November 10, 2011. The name and address of the private party, hereinafter referred to as the "Private Party" is:

   KIMBERLY ANN HOWARD, **DEBTOR**
   619 MERCADO COURT
   KISSIMMEE, FL 34758

3. Property Information and Insurance: The debtor(s) valued the Property on Schedule B of the bankruptcy petition dated September 06, 2011 at $10,850.00. The property has been not been appraised as an appraisal would be burdensome to the estate. The sales price was determined by the description and condition as reported by the Debtor and allowing for the Debtor's exemptions, costs of pickup, storage,

and sale.  The debtor(s) maintain insurance on the Property and has agreed to name the Trustee as loss payee.

4. <u>Terms of the Sale</u>:  The selling price to the Private Party is $4,000.00 to be paid in one lump sum.  The Trustee acknowledges receipt of the lump sum payment.  The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold "AS-IS", "WHERE-IS", "WITH ALL FAULTS and DEFECTS THEREIN", and subject to all liens and encumbrances.  The debtor is entitled to claim a $1,000.00 automobile exemption in the Property.

5. <u>The Property is being sold subject to the following liens and encumbrances</u>:

    Lien holder name & address           Amount of Lien

**NO KNOWN LIENS OR ENCUMBRANCES**

The Trustee has noted all liens of which he has knowledge.  However, the Trustee has not performed a judgment or lien search.  The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes.  Buyer is responsible for checking marketability of title prior to date of sale.

> **NOTICE:**  For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale.  The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature.  If a resale certificate is not presented when required, sales tax will be collected.  The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee.  If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency unless the vehicle is being sold to the debtor.

The Trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and / or a favorable disposition of any objections to the sale. The Trustee, until the expiration of the time with which parties may object to the proposed sale, will entertain any higher bids for the purchase of the Property being sold. Such bids much be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. The proposed purchase price must be higher than the Fair Market Value. Any higher bid must be received by the Trustee at the address listed below no later than twenty one (21) days from the date of this notice. Inspection of the Property may be arranged by contacting the Trustee. Should a higher bid be received, the Trustee will conduct a telephonic auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated:  October 20, 2011

        /s/ Richard B. Webber II, Trustee
        Richard B. Webber II, Trustee
        PO Box 3000
        Orlando FL 32802-3000
        Office:  (407) 425-7010

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, Florida 32801 this October 20, 2011.

    /s/ Richard B. Webber II, Trustee
    Richard B. Webber II, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-13533-ABB<br>Middle District of Florida<br>Orlando<br>Thu Oct 20 10:16:29 EDT 2011 | EverBank<br>c/o Amber Kourofsky, Esq.<br>4630 Woodland Corporate Blvd.<br>Suite 100<br>Tampa, FL 33614-2429 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Kimberly Ann Howard<br>619 Mercado Court<br>Kissimmee, FL 34758-3906 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| AHS SUNBELT HEALTH CARE CORP<br>111 N Orlando Avenue<br>Winter Park, FL 32789-3675 | AOL<br>PO Box 65101<br>Sterling, VA 20165-8801 | Aac<br>Po Box 2036 28405 Van Dyke Rd<br>Warren, MI 48090-2036 |
| All Children Hospital<br>Po Box 860024<br>Orlando, FL 32886-0001 | Allied Interstate<br>3000 Corporate Exchange Dr<br>5th Floor<br>Columbus, OH 43231-7723 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| (p)APPLIED BANK<br>PO BOX 15809<br>WILMINGTON DE 19850-5809 | Bank Of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801-5014 |
| Bsi Financial Services<br>A Commom Wealth Place<br>Titusville, PA 16354 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase<br>Bank One Card Serv 2500 Westfield Dri<br>Elgin, IL 60124-7836 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Crown Asset Management /<br>Providian<br>800 Douglas Rd Ste. 450<br>Miami, FL 33134-3189 | Equable Ascent Financi<br>1120 W Lake Cook Rd Ste<br>Buffalo Grove, IL 60089-1970 |
| Equifax Information Services<br>LLC<br>P. O. Box 740256<br>Atlanta, GA 30374-0256 | Esperian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Everhome Mortgage Co<br>8100 Nations Way<br>Jacksonville, FL 32256-4405 |
| (p)FINANCIAL CREDIT SERVICES<br>PO BOX 90<br>CLEARWATER FL 33757-0090 | Financial Recovery Ser. Inc.<br>P.O. Box 385908<br>Minneapolis, MN 55438-5908 | Financial Recovery Services<br>PO Box 385908<br>Minneapolis, MN 55438-5908 |
| First Horizon Home Loa<br>4000 Horizon Way<br>Irving, TX 75063-2260 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GE Money Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA 30076-9104 |

| | | |
|---|---|---|
| Gemb/Home Shopping<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/Jcp<br>Po Box 984100<br>El Paso, TX 79998-4100 | Gemb/Old Navy<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Gemb/Walmart Dc<br>Po Box 981400<br>El Paso, TX 79998-1400 | Hsbc/Rtg<br>90 Christiana Road<br>New Castle, DE 19720-3118 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| JCP<br>Po Box 981131<br>El Paso, TX 79998-1131 | Jefferson Capital System<br>16 McLeland Road<br>Saint Cloud, MN 56303-2198 | Lane Bryant Retail/Soa<br>450 Winks Ln<br>Bensalem, PA 19020-5932 |
| Lane Bryant/World Financial Network Bank<br>PO Box 182273<br>Columbus, OH 43218-2273 | Larsen & Associates<br>300 South Orange Ave<br>Suite 1200<br>Orlando, FL 32801-3378 | Law ofc of Daniel Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 |
| Leading Edge Recovery<br>5440 N Cumberland Ave.<br>Ste 300<br>Chicago, IL 60656-1486 | Leading Edge Recovery<br>Po Box 129<br>Linden, MI 48451-0129 | Majestic<br>P O Box 790382<br>Saint Louis, MO 63179-0382 |
| Majestic Visa<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Merchants Assoc Cool D<br>134 S Tampa St<br>Tampa, FL 33602-5396 | Merchants Assoc. Collection<br>Division, Inc<br>Po Box 4115<br>Concord, CA 94524-4115 |
| Metlife Home Loan<br>4000 Horizon Way<br>Irving, TX 75063-2260 | Midland Credit Management<br>po box 60578<br>Los Angeles, CA 90060-0578 | Midland Credit Mgmt<br>8875 Aero Dr<br>San Diego, CA 92123-2251 |
| NCO<br>507 Prudential Rd<br>Horsham, PA 19044-2368 | National City Bank<br>PO BOX 931034<br>Cleveland, OH 44193-0004 | Northland Group Inc<br>PO BOX 390846<br>Minneapolis, MN 55439-0846 |
| Osceola County Tax Collector<br>Attn: Patsy Heffner<br>Post Office Box 422105<br>Kissimmee FL 34742-2105 | Pediatric Physician Services<br>Po Box 863297<br>Orlando, FL 32886-0001 | Pentagroup Financial<br>5959 Corporate Dr Ste 14<br>Houston, TX 77036-2302 |
| Pnc Ne Er<br>4661 E Main St<br>Columbus, OH 43213-3298 | Pollack & Rosen<br>800 Douglas Rd<br>North Tower, Suite 450<br>Coral Gables, FL 33134-3125 | Portfolio Recvry&Affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 |

| | | |
|---|---|---|
| Quest Diagnostics<br>Po Box 740781<br>Cincinnati, OH 45274-0781 | Receivables Performanc<br>20816 44th Ave W<br>Lynnwood, WA 98036-7744 | Sandy Ridge Homeowners<br>Association Of Polk County<br>PO BOX 628203<br>Orlando, FL 32862 |
| Seterus<br>14523 Sw Millikan Way St<br>Beaverton, OR 97005-2344 | Strategic Recovery Group<br>7880 Bent Branch Dr<br>Suite 150<br>Irving, TX 75063-6045 | The CBE Group Inc<br>131 Tower Park Drive<br>Suite 100<br>Waterloo, IA 50701-9374 |
| Tnb - Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | TransUnion<br>P. O. Box 2000<br>Crum Lynne, PA 19016-2000 | Verizon Florida Inc<br>500 Technology Dr<br>Weldon Spring, MO 63304-2225 |
| West Asset Management<br>PO BOX 790113<br>Saint Louis, MO 63179-0113 | Wfcb/Hsn<br>995 W 122nd Ave<br>Westminster, CO 80234-3417 | Wfnnb/Lane Bryant<br>4590 E Broad St<br>Columbus, OH 43213-1301 |
| Wfnnb/The Avenue<br>Po Box 2974<br>Shawnee Mission, KS 66201-1374 | World Financial Network<br>National Bank<br>P O Box 183043<br>Columbus, OH 43218-3043 | World Financial Network<br>PO Box 182273<br>Columbus, OH 43218-2273 |
| World Omni<br>Po Box 91614<br>Mobile, AL 36691-1614 | United States Trustee - ORL7 +<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Stephen J Berlinsky +<br>The Berlinsky Law Firm, PA<br>637 Eighth Street<br>Clermont, FL 34711-2159 |
| Richard B Webber, Trustee +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 | Amber Kourofsky +<br>Shapiro Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd<br>Tampa, FL 33614-2415 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Applied Bank<br>601 Delaware Ave<br>Wilmington, DE 19801 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Financial Credit Services<br>Po Box 90<br>Clearwater, FL 33757 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arthur B. Briskman<br>Orlando | (d)Allied Interstate<br>3000 Corporate Exchange Dr.<br>5th floor<br>Columbus, OH 43231-7723 | End of Label Matrix<br>Mailable recipients 79<br>Bypassed recipients 2<br>Total 81 |